Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MICHELLE J.,** | Civil No. 6:22-cv-01782-SI |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $9,678.75, less Equal Access to Justice ("EAJA") fees already received by Plaintiff's attorneys in the amount of $7,910.72, for a net

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -            1

cost to Plaintiff herein of $1,768.03, as settlement of attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall pay Plaintiff's counsel Luke Moen-Johnson the balance of $1,768.03, less any applicable processing fee prescribed by law, from the past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b).

IT IS SO ORDERED this day of November 7, 2024

_____
U.S. District Judge, Michael H. Simon

PRESENTED BY:

By:   /s/ LUKE MOEN-JOHNSON
      Luke Moen-Johnson, OSB #185632
      Of Attorneys for Plaintiff